IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TAYLOR H., by and through her parents TODD H. and ELAINE H., | ) ) ) | CIV. NO. 09-00020 SOM-LEK |
| Plaintiffs, | ) ) ) | ORDER ADOPTING REPORTS OF SPECIAL MASTER |
| vs. | ) ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING REPORTS OF SPECIAL MASTER

On March 24, 2009, Plaintiffs filed a motion for attorneys' fees and costs (Docket No. 18).  On August 6, 2009, Magistrate Judge Leslie E. Kobayashi, acting as a special master, issued A Report of Special Master ("R&R").  On August 20, 2009, Plaintiffs moved for reconsideration of that R&R (Docket No. 25).  Magistrate Judge Kobayashi, in her capacity as special master, deemed that motion for reconsideration to be a supplemental request for costs.  On September 28, 2009, Magistrate Judge Kobayashi issued a second Report of Special Master on Plaintiffs' Supplemental Motion for Costs. ("Supp. R&R").

No objections to the R&R or Supp. R&R have been filed by any party.  Accordingly,  pursuant to Title 28, United States Code, Section 636 (b)(2) and

Local Rule 53.1, the R&R and Supp. R&R are adopted and Plaintiffs' motions for fees and costs (Docket Nos. 18 and 25) are granted in part and denied in part as set forth in the R&R and the Supp. R&R.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, October 28, 2009.



        /s/ Susan Oki Mollway
        Susan Oki Mollway
        Chief United States District Judge

Taylor H. v. Dep't of Educ., State of Haw., Civ. No. 09-00020 SOM/LEK; ORDER ADOPTING REPORTS OF SPECIAL MASTER